# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

USA,

Plaintiff,

v.

DOUGLAS A. SCHAUFELBERGER,
*as Trustee of the Douglas A. Schaufelberger, Greta E. Schaufelberger and Warren E. Schaufelberger Declarations of Trust,*

Defendant.

No. 18-cv-1278 JPG/SCW

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Dismissal (Doc.14) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff USA. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

DATED: November 30, 2018

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE